[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 138.]

THE STATE EX REL. SOVEL, APPELLANT, *v.* PRICE INLAND TERMINAL COMPANY; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Sovel v. Price Inland Terminal Co.*, 1998-Ohio-151.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2638—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD01-55.

―――――――――――

*Barkan & Neff, L.P.A.*, and *Robert E. DeRose*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant Attorney General, for appellee.

―――――――――――

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

―――――――――――